IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CR-075-FDW-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| BASIL LANAS NOBLE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice* And Affidavit" (Document No. 87) filed by Claire Rauscher, concerning Susy Ribero-Ayala, on August 15, 2019. Susy Ribero-Ayala seeks to appear as counsel *pro hac vice* for Defendant Basil Lanas Noble. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice* And Affidavit" (Document No. 87) is **GRANTED**. Susy Ribero-Ayala is hereby admitted *pro hac vice* to represent Defendant Basil Lanas Noble.

**SO ORDERED**.

Signed: August 19, 2019

David C. Keesler
United States Magistrate Judge